DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TORRIS BERNARD HILL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2918

[November 30, 2017]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Lawrence Michael Mirman, Judge; L.T. Case No. 432003CF001639A.

Torris Bernard Hill, Crawfordville, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and CIKLIN, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***